FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 20 2004

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL J. BRAY                                                                    PLAINTIFF

vs.                              PB-C-95-457 JMM

ARKANSAS DEPARTMENT OF CORRECTION, et al.                      DEFENDANTS

### ORDER

Pending before the Court is Plaintiff's petition, as amended, to enforce settlement agreement. In his petition, Mr. Bray sought to compel the defendants to transfer him out of the Tucker Maximum Security Unit. Following the filing of the amended petition to enforce settlement agreement by appointed counsel and subsequent negotiations, the Department transferred Mr. Bray from the Tucker Maximum Security Unit to the Varner Unit, thereby rendering moot his request for court-ordered relief.

It is therefore ORDERED that plaintiff's petition, as amended, be and it is hereby dismissed without prejudice (#129, #132, #135, #142). This dismissal renders moot the pending motion by defendant Norris to terminate jurisdiction (#144).

It is further ordered that Gregory T. Jones, Gary D. Marts, Jr., and Wright, Lindsey & Jennings LLP be, and they are hereby, granted leave to withdraw as counsel for Mr. Bray.

Dated this 20 day of December, 2004.

James M. Moody
United States District Judge

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 12/22/04 BY _____

146

```
                    UNITED STATES DISTRICT COURT              ti
                      Eastern District of Arkansas
                            U.S. Court House
                     600 West Capitol, Suite 402
                    Little Rock, Arkansas 72201-3325


                            December 21, 2004
```

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  5:95-cv-00457.


True and correct copies of the attached were mailed by the clerk to the
following:      press, file

```
    John Kevin Coker, Esq.
    Arkansas Attorney General's Office
    Catlett-Prien Tower Building
    323 Center Street
    Suite 200
    Little Rock, AR   72201-2610

    Tom Pitts
    Route 1 Box 479
    Star City, AR   71667

    Ella Maxwell Long, Esq.
    Attorney at Law
    106 Tristan Road
    Louisville, KY   40222

    Michael J Bray
    MSU
    Maximum Security Unit
    ADC #91109
    2501 State Farm Road
    Tucker, AR   72168

    Gregory T. Jones, Esq.
    Wright, Lindsey & Jennings
    200 West Capitol Avenue
    Suite 2300
    Little Rock, AR   72201-3699
```

James W. McCormack, Clerk

12/21/04                                              T Jones

Date: _____          BY: _____